**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00993-REB-KMT

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

DAVID DONALD RITZ,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation and Order of United States Magistrate Judge** [#42] filed September 9, 2008. No objections having been filed to the recommendation, I review it only for plain error. **See Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation and Order of United States Magistrate Judge** [#42] filed September 9, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That plaintiff's **Motion To Remand** [#14] filed June 16, 2008, is **GRANTED**;

---

[1] This standard pertains even though defendant is proceeding *pro* se in this matter. **Morales-Fernandez**, 418 F.3d at 1122.

3. That plaintiff's **Motion for Attorney Fees & Costs** [#16] filed June 20, 2008, is **GRANTED**;

4. That pursuant to 28 U.S.C. § 1447(c), plaintiff is **AWARDED** $3,470.28 for attorney fees and costs to be paid by defendant; and

5. That this case is **REMANDED** to the County Court of Denver County, Colorado (where it was originally docketed as case number 2007M17458).

Dated November 5, 2008, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn
**Robert E. Blackburn
United States District Judge**